GARY M. RESTAINO
United States Attorney
District of Arizona
BENJAMIN GOLDBERG
New York State Bar No. 5346838
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: ben.goldberg@usdoj.gov
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>    vs.<br><br>Michael Scott Dacier,<br><br>               Defendant. | No. CR-22-01729-DLR<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM** |

The United States respectfully requests that this Court sentence defendant Michael Scott Dacier to a term of three years of probation.  This recommendation is consistent with the terms of Dacier's plea agreement and properly considers the sentencing factors set forth in 18 U.S.C. § 3553(a), including the nature and characteristics of the offense, the history and characteristics of the defendant, and the need for the sentence to provide just punishment.

**I.      Factual Background**

On October 22, 2019, special agents with Homeland Security Investigations ("HSI") received intelligence regarding an attempt to smuggle firearms into Mexico.  (PSR ¶ 5.) Agents subsequently initiated surveillance in Nogales, Arizona at the reported drop site for the firearms and observed an unknown individual arrive, leave a suitcase, and leave.  (Id.) HSI agents seized the suitcase and discovered ten Glock 42 handguns inside the suitcase.

(Id.)

Working with agents from the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), law enforcement discovered that all ten firearms had been purchased by Dacier on September 25, 2019. (PSR ¶ 6.) Agents also discovered that Dacier had seven prior instances of purchasing multiple firearms. (Id.) Agents reviewed Dacier's September 25, 2019 purchase form and discovered he used a Phoenix address that did not exist. (PSR ¶ 7.)

On November 26, 2019, agents met with Dacier, who admitted that he had been selling firearms for the past year and that he identified all of his customers through word of mouth. (PSR ¶ 8.) Dacier was asked specifically about the September 25 purchase and he claimed he sold those firearms to multiple individuals. (Id.) Dacer also claimed that he had stopped buying and selling firearms once law enforcement agents contacted him to set up the interview. (Id.)

On December 27 2022, a two-count indictment was filed, charging Dacier with one count of False Statement During the Purchase of a Firearm (Count 1) and one count of making a Material False Statement in Connection with the Acquisition of a Firearm (Count 2). (PSR ¶ 1.) On October 24, 2023, Dacier pled guilty to Count 1 of the indictment. (PSR ¶ 2.)

**II.     The Applicable Guidelines Range**

The United States has reviewed the PSR and has no objections, additions, or corrections. The PSR calculates a total offense level of 13 and a criminal history category of I, resulting in a Guidelines range of 12-18 months' imprisonment. (PSR at 14.) The PSR notes that Dacier's history and characteristics, his ability to comply with court-ordered conditions of release, his lack of criminal record, and his age may warrant a downward variance pursuant to 18 U.S.C. § 3553(a) may be warranted. (PSR ¶ 60.) The PSR does indeed recommend a downward variance, ultimately suggesting a sentence of three years of probation. (PSR at 14-15.)

The plea agreement in this case contains a stipulation that Dacier will be sentenced

to a term of probation. (PSR ¶ 57.)

**III.    Argument**

The United States respectfully requests that this Court accept the PSR's recommendation of a downward variance and sentence Dacier to a term of three years of probation. Such a sentence is appropriate in light of the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to afford adequate deterrence. *See* 18 U.S.C. § 3553(a).

To be sure, the nature and circumstances of the offense are series, and there is a need to promote respect for the law, provide just punishment, and deter future crimes. Dacier purchased multiple firearms that were nearly smuggled out of the country, he admitted that he was selling firearms to various customers, and he lied about his address when purchasing the firearms.

However, the history and characteristics of the defendant support a variance and an ultimate sentence to a term of probation. This is Dacier's first felony offense and he has complied with all of his release conditions while on pretrial release. Dacier was forthcoming with agents and his acceptance of responsibility saved government resources. Most notably, Dacier has not bought firearms or engaged in otherwise illegal activity since September 2019. And, as the PSR notes, his conviction will bar him from further firearms purchases. (PSR at 14.) While the government is extremely concerned that the firearms were nearly smuggled to Mexico, there is also no evidence to suggest Dacier was aware of the ultimate destination of those guns.

Considering the totality of the circumstances, the government requests this Court accept the PSR's recommendation of a variance and sentence Dacier to a term of three years of probation.

**IV.    Conclusion**

For the foregoing reasons, the United States respectfully requests the Court impose a sentence of three years of probation. Such a sentence is sufficient, but not greater than necessary, to afford a just punishment and to reflect the seriousness of the

offense and is warranted in light of the history and characteristics of the defendant.

Respectfully submitted this 5th day of January, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Benjamin Goldberg*
BENJAMIN GOLDBERG
Assistant U.S. Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Jazmin Alagha
*Attorney for defendant*

*s/C. Covington*
U.S. Attorney's Office